**DISMISS; and Opinion Filed January 29, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01479-CR

**STEVE WAYNE SILAS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81379-2017**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Stoddart
Opinion by Justice Lang-Miers

Steve Wayne Silas filed his pro se notice of appeal on December 27, 2017. We abated for a hearing in the trial court. After reviewing the documents on file and the trial court's findings of fact, we dismiss this appeal for want of jurisdiction.

Rule 25.2(a)(2) provides that in a plea-bargained case in which the trial court assesses a punishment that does not exceed the punishment to which the defendant agreed, the defendant may appeal only those matters raised by written motion filed and ruled on before trial or after getting the trial court's permission to appeal. *See* TEX. R. APP. P. 25.2(a)(2). If an appellant has no right to appeal, we must dismiss the appeal without further action. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

As noted, we abated the appeal for a hearing to determine whether appellant was entitled to court-appointed counsel. We also requested a copy of the trial court's certification of appellant's right to appeal. After receiving the findings and the reporter's record from the hearing, we adopted the trial court's findings that (1) appellant had appointed counsel for the hearing, (2) he entered into a plea agreement with the State in which he waived his right to appeal, (3) there were no pretrial written motions ruled on prior to trial, (4) the trial court did not give permission to appeal, and (5) appellant admitted at the hearing he knew he did not have a right to appeal. In light of this, we conclude we must dismiss this appeal without further action. *See id.*

We dismiss this appeal for want of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

171479F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

STEVE WAYNE SILAS, Appellant

No. 05-17-01479-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 416th Judicial District Court, Collin County, Texas
Trial Court Cause No. 416-81379-2017.
Opinion delivered by Justice Lang-Miers, Justices Fillmore and Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 29th day of January, 2018.